# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2019

159415 & (24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

    SC: 159415
    COA: 346169
    St. Clair CC: 13-001620-FC

MICHAEL SHAWN POOLE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 28, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2019



Clerk

p1001